UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                        CASE NO. 2:21-CR-20015-001

JOSHUA DON LINEBERRY                                                                  DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 37) entered in this case and accepts Defendant's plea of guilty to Count 1 of the superseding indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this September 22, 2021.

*/s/ P. K. Holmes III*
P.K. HOLMES III
U.S. DISTRICT JUDGE